**MAYALL, HURLEY, P.C.**
A Professional Corporation
MARK E. BERRY, ESQ.
CA State Bar No. 155091
112 S. Church Street
Lodi, California 95240
Telephone (209) 477-3833
Email:  mberry@mayallaw.com

**Attorneys for Defendants,**
CITY OF STOCKTON, a public entity, City of Stockton Police Department Officers MARCOS URIEL BARILLAS, individually, NICHOLAS FRAYER, individually


**THE LAW OFFICE OF SANJAY SCHMIDT**
SANJAY SCHMIDT (SBN 247475)
ALEX FEIGEN FASTEAU (SBN 213044)
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel: (415) 563-8583
Fax: (415) 223-9717
Email: ss@sanjayschmidtlaw.com

**LAW OFFICES OF PANOS LAGOS**
**Panos Lagos, Esq. (SBN 61821)**
6569 Glen Oaks Way,
Oakland, CA 94611
Tel: (510) 530-4078 Ext. 101
Fax: (510) 530-4725
Email: panos@panoslagoslaw.com

**PEREIRA LAW, APC**
**Denise Pereira (SBN 241748)**
3522 Deer Park Dr., Ste. B
Stockton, CA 95219
Tel: (209) 425-3425
Fax: (209) 599-0101
Email: denise@pereira-law.com

**Attorneys for Plaintiff,**
BRANDON WESTBROOK

//

//

_____
Page 1
STIPULATION AND ORDER FOR DEFENDANTS' RESPONSIVE PLEADINGS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BRANDON WESTBROOK,

Plaintiff

                                    Plaintiff,

vs.

CITY OF STOCKTON, a public entity, City of Stockton Police Department Officers MARCOS URIEL BARILLAS, individually, NICHOLAS FRAYER, individually, and, DOES 1-50, jointly and severally,

                                    Defendants.

Case No.  2:26-cv-00313-JAM-CSK

**STIPULATION AND ORDER FOR DEFENDANTS' RESPONSIVE PLEADINGS**

WHEREAS, the CITY OF STOCKTON was recently served with this lawsuit on March 12, 2026.

WHEREAS, the individual defendants were also recently served via substitute service at the STOCKTON POLICE DEPARTMENT.

WHEREAS, following receipt of service, the parties met and conferred regarding an agreed timeline for responsive pleadings.

WHEREAS, the CITY OF STOCKTON'S requires the need to meet with public safety personnel to prepare its responsive pleading;

WHEREAS, the individual defendants will need to meet with retained counsel to prepare responsive pleadings;

WHEREAS, defense counsel's current press of business involving law and motion and trial scheduling, is significant;

WHEREAS, counsel for the collective defendants met and conferred with WESTBROOK'S attorney and requested an additional 30 days in which to file responsive pleadings;

WHEREAS, having met and conferred, the parties agreed that the defendants will have an additional 30 days to file responsive pleadings;

Page 2
STIPULATION AND ORDER FOR DEFENDANTS' RESPONSIVE PLEADINGS

WHEREAS, it is agreed that the collective defendants will file responsive pleadings on or before **May 4, 2026**;

WHEREAS, SANJAY SCHMIDT represented to defense counsel that he had the collective authority of all designated plaintiff's counsel to enter into this stipulation.  It was agreed that his signature is binding on the collective plaintiff's counsel.

IT IS SO STIPULATED.

DATED:  March 20, 2026

**MAYALL HURLEY P.C.**

By_____*s/s Mark E. Berry*_____
       MARK E. BERRY attorney for CITY OF
       STOCKTON, a public entity, City of
       Stockton Police Department Officers MARCOS
       URIEL BARILLAS, individually, NICHOLAS
       FRAYER, individually

DATED: March 20, 2022          **LAW OFFICE OF SANJAY S. SCHMIDT**

By_____/s/_____
       SANJAY S. SCHMIDT
       Attorneys for BRANDON WESTBROOK

//
//
//

_____
Page 3
STIPULATION AND ORDER FOR DEFENDANTS' RESPONSIVE PLEADINGS

## __ORDER__

Having reviewed the stipulation of the parties, and good cause appearing, the Court hereby grants the proposed Order as follows:

The CITY OF STOCKTON, MARCOS URIEL BARILLAS, and NICHOLAS FRAYER shall file responsive pleadings on or before **May 04, 2026**.

IT IS SO ORDERED.

Dated: March 26, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Page 4
STIPULATION AND ORDER FOR DEFENDANTS' RESPONSIVE PLEADINGS