**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA  94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA  94611
T: (510) 530-4078 Ext. 101
F: (510) 530-4725
e-mail: panos@panoslagoslaw.com

**Denise Pereira (SBN 241748)**
**PEREIRA LAW, APC**
3522 Deer Park Drive, Suite B
Stockton, CA  95219
T: (209) 425-3425
F: (209) 599-0101
e-mail: denise@pereira-law.com

*Attorneys for Plaintiff,*
BRANDON WESTBROOK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRANDON WESTBROOK**, <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF STOCKTON**, et al., <br><br> Defendants. | Case No.: 2:26-cv-00313-JAM-CSK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT** |

WHEREAS, pursuant to the Court's Order on the parties' Stipulation for Defendants' Responsive Pleadings (ECF No. 11), Defendants' responsive pleadings, filed April 30, 2026, were to be filed on or before May 4, 2026.

WHEREAS, Defendants were served with the complaint on March 12, 2026. Pursuant to the Court's Order Requiring Service of Process and Joint Status Report (ECF No. 3), a Joint Status Report is due within sixty (60) days of service of the complaint on any party, i.e., May 11, 2026.

WHEREAS, pending the filing of Defendants' responsive pleadings, the parties' counsel of record have not conferred regarding the matters to be addressed in the Joint Status Report.

*Westbrook v. City of Stockton, et al.*
STIPULATION AND ORDER

WHEREAS, for the reasons stated herein, it is agreed and respectfully requested that the deadline for the filing of the parties' Joint Status Report be continued to June 18, 2026.

WHEREAS, the undersigned counsel for Plaintiff represents that they have the collective authority of all designated Plaintiff's counsel to enter into this Stipulation. It is agreed that the undersigned Plaintiff's counsel's signature is binding on the collective Plaintiff's counsel.

Dated: May 4, 2026

**LAW OFFICE OF SANJAY S. SCHMIDT,**
**LAW OFFICES OF PANOS LAGOS,**
**PEREIRA LAW, APC**

By____*/s/Panos Lagos*_____
      Panos Lagos, Esq.
      Attorneys for Plaintiff,
      BRANDON WESTBROOK

Dated: May 4, 2026

**MAYALL HURLEY P.C.**

By____*/s/Mark E. Berry*_____
      MARK E. BERRY attorney for CITY OF
      STOCKTON, a public entity, City of Stockton
      Police Department Offices MARCOS URIEL
      BARILLAS, individually, NICHOLAS
      FRAYER, individually

///

///

///

*Westbrook v. City of Stockton, et al.*
STIPULATION AND ORDER

# ORDER

Having reviewed the parties' Stipulation, and good cause appearing, the Court hereby **ORDERS** as follows:

The parties' stipulation is **APPROVED**.

The parties are **DIRECTED** to file a Joint Status Report pursuant to the provisions of Fed. R. Civ. P. 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report, to include the parties' proposed schedule for discovery, motions, trial, and estimate of trial time, no later than **June 18, 2026**.

IT IS SO ORDERED.

Dated: May 06, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

*Westbrook v. City of Stockton, et al.*
STIPULATION AND ORDER